227 So.2d 596

**E. E. RABALAIS & SON, INC.**

v.

**UNITED BONDING INSURANCE COMPANY et al.**

No. 50176.

Nov. 12, 1969.

In re: United Bonding Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 226 So.2d 528.

Writ refused. On the facts found by the Court of Appeal there is no error in the judgment complained of.